UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Citizens Financial Group, Inc.

VS. C.A. NO. 05-057/S

Nationwide Appraisal and Title Company
of Ohio, Inc.

**ENTRY OF APPEARANCE**

I, Thomas W. Lyons, Esquire of Strauss, Factor, Laing & Lyons hereby enter my appearance on behalf of defendant, Nationwide Appraisal and Title Company of Ohio, Inc.

Thomas W. Lyons, Esquire #2946
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903-2914
401-456-0700

**CERTIFICATION**

I hereby certify that on this 18th day of March, 2005 a true copy of the above pleading was sent to John B. Daukas, Esq., Goodwin Proctor LLP, Exchange Place, Boston, MA 02109, by regular mail, postage prepaid.

Christine Abrames

2