**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CITIZENS FINANCIAL GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE APPRAISAL AND TITLE COMPANY OF OHIO, INC.<br><br>Defendant, | ) | CIVIL ACTION NO. 05-057/S<br><br>**NATIONWIDE APPRAISAL AND TITLE COMPANY CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule Civil Procedure 7.1(a), defendant Nationwide Appraisal and Title Services Company of Ohio, Inc. (Nationwide) states that it is an indirect wholly owned subsidiary of Capital Title Group, Inc. which is a publicly owned corporation. Nationwide is not aware of any other publicly owned corporation, not a party to the case, that has a financial interest in the outcome of the case.

Thomas W. Lyons (RI Bar No. 2046)
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903
(401) 456-0700
(401) 421-4730 Facsimile
tlyons@straussfactor.com

Of Counsel:

Thomas S. Kilbane (Ohio Bar 000593
tkilbane@ssd.com
Steven A. Friedman (Ohio Bar 0060001)
sfriedman@ssd.com
SQUIRE, SANDERS DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, Ohio 441141304
(216) 479-8500 (Telephone)
(216) 479-8780 (Facsimile)

3