UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CITIZENS FINANCIAL GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE APPRAISAL AND TITLE COMPANY OF OHIO INC.,<br><br>Defendant. | ) | **AFFIDAVIT OF SERVICE OF DAVID J. TURCO**<br><br>Case No. 05-cv-00057-S |

COMMONWEALTH OF MASSACHUSETTS )
SUFFOLK COUNTY ) .ss:

David J. Turco, being duly sworn, deposes and says:

1. I am over the age of 18 years and not a party to the above-captioned action. I am employed as a paralegal at Goodwin Procter LLP.

2. On March 9, 2005, pursuant to Fed. R. Civ. P. 4(h) I caused a photocopy of the Complaint For Declaratory Judgment, Corporate Disclosure Statement and Summons directed to Nationwide Appraisal and Title Company ("Nationwide"), 390 Southpointe Boulevard, Suite 300, Canonsburg, Pennsylvania 15317 (collectively, the "Service Package"), to be served by hand on a person authorized to accept service on behalf of Nationwide. On March 9, 2005, at 12:10 p.m., Ms. Polly Capots, Vice President of Human Resources, accepted service on behalf of Nationwide. The original Affidavit of Process Server reflecting service is attached hereto as Exhibit A.

3. According to public records on file in the Corporation Division of the Secretary of State of the State of Ohio, the registered agent for service of process for Nationwide in the State

6

of Ohio is Andrews Service Corporation, 4900 Key Tower, 127 Public Square, Cleveland, Ohio 44114.

4. On March 10, 2005, pursuant to Fed. R. Civ. P. 4(h) I caused a photocopy of the Service Package to be served by hand on Nationwide's agent for service of process in Ohio by serving Mr. Kenneth C. Moore, Esq. of Andrews Service Corporation on behalf of Nationwide. The original Return of Service reflecting service upon Nationwide by Mr. Moore is attached hereto as Exhibit B.

David J. Turco

Sworn to before me on this 13th day of April, 2005:

Notary Public
My Commission expires: 10/01/2010

"A"

# Affidavit of Process Server

(NAME OF COURT)

PLAINTIFF/PETITIONER vs DEFENDANT/RESPONDENT CASE #

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries the state where service was effected, I was authorized by law to perform said service.

**Service:** I served NATIONWIDE Apprasal and Title Company
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) Summons & Complaint

by serving Polly CAPOTS V-P Human Resourse
NAME RELATIONSHIP

at ☐ Home
☐ Business 380 Southpointe Blvd Cannonsburg Pa 15317

on 3-9-05 at 12:10 PM
DATE TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on ________ DATE

from ________ CITY STATE

**Manner of Service:** ☐ By personally delivering copies to the person/authorized agent of entity being served.
☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently charge thereof
☐ By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household or older and explaining the general nature of the papers.
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effe process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Evading ☐ Moved, Left no Forwarding ☐ Other:
☐ Address Does Not Exist ☐ Service Cancelled by Litigant ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ________ DATE TIME , ( ) ________ DATE TIME

( ) ________ DATE TIME ( ) ________ DATE TIME , ( ) ________ DATE TIME

Description: Age: 40 Sex: F Race: W Hgt: 5'8 Wgt: 130 Hair: BR Glasses: —

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on 3-9-05 at Monroeville PA 15146
DATE CITY STATE

[signature]
SIGNATURE OF PROCESS SERVER

State of Pennsylvania
County of Allegheny
subscribed and sworn before me, a notary public, this 10th day of March, 2005

WITNESS MY HAND AND OFFICIAL SEAL TO

[signature]
NOTARY PUBLIC

NAPPS

FORM 2 NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
George J. Korbakes, Notary Public
Murrysville Boro, Westmoreland County
My Commission Expires July 14, 2008
Member, Pennsylvania Association Of Notaries

"B"

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE March 10, 2005 |
|---|---|
| NAME OF SERVER Peter C. Graves | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________

☐ Returned unexecuted: ____________

☒ Other (specify): Hand delivered by Process Server, served Defendant, Andrew Service Corporation, by serving the Registered Agent Kenneth C. Moore, Esq.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 10, 2005
*Date*

Peter C. Graves
*Signature of Server* Peter C. Graves, Process Server

1750 Midland Building
Cleveland, Ohio 44115
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.