UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Citizens Financial Group, Inc., Plaintiff, vs. Nationwide Appraisal and Title Company of Ohio, Inc. Defendant. | : | C.A. NO. 05-057 S |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

Plaintiff, Citizens Financial Group, Inc. ("Citizens"), respectfully moves for leave of this Court's Amended General Order 2002-01 to file a Memorandum of Law in excess of ten (10) pages in support of Plaintiff's Objection to Nationwide Appraisal and Title Company of Ohio, Inc.'s Motion to Dismiss. In support of this Motion, Citizens relies on the Memorandum of Law filed herewith.

**The parties' counsel conferred prior to filing this Motion, and defendant has no objection to this Motion.**

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys

John B. Daukas, Esq. (#5437)
GOODWIN PROCTER LLP
53 Exchange Place
Boston, MA 02109
(617) 570-1000)

8

Robert M. Duffy, Esq. (#4428)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

April 15, 2005

**CERTIFICATE OF SERVICE**

TO:

Thomas W. Lyons, III, Esq.
Strauss, Factor, Laing & Lyons
22 Richmond Street, Suite 208
Providence, RI 02903

I hereby certify that on this 15 day of April 2005, I caused to be forwarded by Facsimile a copy of the within *Motion to Exceed Page Limits* to the above-named counsel of record.

Theresa Benson

H:\Clients\CITIZENS\Nationwide\Pleadings\MExceed Page Limits1.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Citizens Financial Group, Inc., Plaintiff, | : | |
| vs. | : | C.A. NO. 05-057 S |
| Nationwide Appraisal and Title Company of Ohio, Inc. Defendant. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS**

Plaintiff, Citizens Financial Group, Inc. ("Citizens"), respectfully moves for leave of this Court's Amended General Order 2002-01 to file a Memorandum of Law in excess of ten (10) pages in support of Plaintiff's Objection to Nationwide Appraisal and Title Company of Ohio, Inc.'s ("Nationwide") Motion to Dismiss. Citizens will file its Objection without a supporting Memorandum of Law pending decision on the instant Motion.

The proposed Memorandum of Law comprises a total of 15 pages. The additional pages are necessary because of the multiple legal and factual issues raised in Nationwide's Motion to Dismiss concerning the Ohio litigation and the circumstances that led to the filing of this suit.

For all these reasons, Citizens respectfully requests that its Motion to Exceed the Page Limits be granted.

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys

John B. Daukas, Esq. (#5437)
GOODWIN PROCTER LLP
53 Exchange Place
Boston, MA 02109
(617) 570-1000

Robert M. Duffy, Esq. (#4428)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

April 15, 2005

**CERTIFICATE OF SERVICE**

TO:

Thomas W. Lyons, III, Esq. (#2946)
Strauss, Factor, Laing & Lyons
22 Richmond Street, Suite 208
Providence, RI 02903

I hereby certify that on this 15 day of April 2005, I caused to be forwarded by Facsimile a copy of the within *Memorandum of Law in Support of Motion to Exceed Page Limits* to the above-named counsel of record.

Theresa Benson

H:\Clients\CITIZENS\Nationwide\Pleadings\Mem MExceed Page Limits1.doc