UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED APR 15 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

Citizens Financial Group, Inc.,

Plaintiff,

vs.

Nationwide Appraisal and Title Company of Ohio, Inc.

Defendant.

RECEIVED APR 1 2005 DAVID L. MARTIN, U.S. MAGISTRATE JUDGE U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

C.A. NO. 05-057 S

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS

Plaintiff, Citizens Financial Group, Inc. ("Citizens"), respectfully moves for leave of this Court's Amended General Order 2002-01 to file a Memorandum of Law in excess of ten (10) pages in support of Plaintiff's Objection to Nationwide Appraisal and Title Company of Ohio, Inc.'s Motion to Dismiss. In support of this Motion, Citizens relies on the Memorandum of Law filed herewith.

**The parties' counsel conferred prior to filing this Motion, and defendant has no objection to this Motion.**

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys

John B. Daukas, Esq. (#5437)
GOODWIN PROCTER LLP
53 Exchange Place
Boston, MA 02109
(617) 570-1000)

Referred to U.S.M.J. Martin
For findings & recommendations
For Consideration
Date 4/15/05

GRANTED.

David L. Martin
United States Magistrate Judge
April 18, 2005

12