UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
APR 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Citizens Financial Group, Inc., :

Plaintiff, :

RECEIVED
APR 19 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

: C.A. NO. 05-057 S

vs. :

Nationwide Appraisal and Title Company :
of Ohio, Inc.

Defendant. :

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITS CONCERNING EXHIBITS**

Plaintiff, Citizens Financial Group, Inc. ("Citizens"), respectfully moves for leave of this Court's Amended General Order 2002-01 to file more than five (5) pages of exhibits in support of Plaintiff's Objection to Nationwide Appraisal and Title Company of Ohio, Inc.'s Motion to Dismiss. In support of this Motion, Citizens relies on the Memorandum of Law filed herewith.

**The parties' counsel conferred prior to filing this Motion, and defendant has no objection to this Motion.**

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys

John B. Daukas, Esq. (#5437)
GOODWIN PROCTER LLP
53 Exchange Place
Boston, MA 02109
(617) 570-1000

Referred to U.S.M.J. MARTIN
☐ for findings & recommendation
☒ for determination
☐ ____
William E. Smith, U.S. District Judge
Date: 4/18/05

GRANTED.

David L. Martin
United States Magistrate Judge
April 18, 2005

13