UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Citizens Financial Group, Inc.,

Plaintiff,

vs.

Nationwide Appraisal and Title Company of Ohio, Inc.

Defendant.

C.A. NO. 05-057 S

**PLAINTIFF'S AMENDED MOTION TO EXCEED PAGE LIMITS CONCERNING EXHIBITS**

Plaintiff, Citizens Financial Group, Inc. ("Citizens"), respectfully moves for leave of this Court's Amended General Order 2002-01 to file more than five (5) pages of exhibits in support of Plaintiff's Objection to Nationwide Appraisal and Title Company of Ohio, Inc.'s Motion to Dismiss. In support of this Motion, Citizens relies on the Memorandum of Law filed herewith.

**The parties' counsel conferred prior to filing this Motion, and defendant has no objection to this Motion.**

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys

John B Daukas by CRA

John B. Daukas, Esq. (#5437)
GOODWIN PROCTER LLP
53 Exchange Place
Boston, MA 02109
(617) 570-1000

15

Robert M. Duffy, Esq. (#4428)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

April 15, 2005

**CERTIFICATE OF SERVICE**

TO:

Thomas W. Lyons, III, Esq.
Strauss, Factor, Laing & Lyons
22 Richmond Street, Suite 208
Providence, RI 02903

I hereby certify that on this 15 day of April 2005, I caused to be forwarded by First Class Mail a copy of the within *Amended Motion to Exceed Page Limits* to the above-named counsel of record.

Theresa Benson

H:\Clients\CITIZENS\Nationwide\Pleadings\Amended MExceed Page Limits.doc

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Citizens Financial Group, Inc.,

Plaintiff,

vs.

Nationwide Appraisal and Title Company of Ohio, Inc.

Defendant.

C.A. NO. 05-057 S

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S AMENDED MOTION TO EXCEED PAGE LIMITS CONCERNING EXHIBITS**

Plaintiff, Citizens Financial Group, Inc. ("Citizens"), respectfully moves for leave of this Court's Amended General Order 2002-01 to file more than five (5) pages of exhibits in support of Plaintiff's Objection to Nationwide Appraisal and Title Company of Ohio, Inc.'s ("Nationwide") Motion to Dismiss.

Citizens' proposed exhibits are the Acquisition Agreement (27 pages); the Fee and Volume Agreement (8 pages); pre-suit correspondence between the parties (7 pages); Nationwide's Complaint filed in Ohio (15 pages); and the Docket Sheet for the Ohio litigation (3 pages). This information is pertinent to Citizens' Objection because it is referenced, directly or indirectly, in Nationwide's Motion to Dismiss. There are 8 proposed exhibits, comprising a total of 60 pages.

For all these reasons, Citizens respectfully requests that its Motion to Exceed the Page Limits be granted.

Respectfully submitted,

CITIZENS FINANCIAL GROUP, INC.
By its Attorneys

John B. Daukas, Esq. (#5437)
GOODWIN PROCTER LLP
53 Exchange Place
Boston, MA 02109
(617) 570-1000

Robert M. Duffy, Esq. (#4428)
Christine K. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

April 15, 2005

**CERTIFICATE OF SERVICE**

TO:

Thomas W. Lyons, III, Esq.
Strauss, Factor, Laing & Lyons
22 Richmond Street, Suite 208
Providence, RI 02903

I hereby certify that on this 15 day of April 2005, I caused to be forwarded by First Class Mail a copy of the within *Memorandum of Law in Support of Amended Motion to Exceed Page Limits* to the above-named counsel of record.

Theresa Benson

H:\Clients\CITIZENS\Nationwide\Pleadings\Amended Mem MExceed Page Limits.doc