AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF RHODE ISLAND

CITIZENS FINANCIAL GROUP, INC.
Plaintiff,

V.

NATIONWIDE APPRAISAL AND TITLE COMPANY OF OHIO, INC.,
Defendant

## APPEARANCE

CASE NUMBER: 05-057S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for plaintiff, Citizens Financial Group, Inc.

April 19, 2005
*Date*

*Signature*

ROBERT M. DUFFY, ESQ. #4428
*Print Name*

DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
*Address*

| Providence | RI | 02903 |
|---|---|---|
| *City* | *State* | *Zip Code* |

401-455-0700
*Phone Number*

16