FILED
MAR 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CITIZENS FINANCIAL GROUP, INC., | ) | CIVIL ACTION NO. CA-05-057 |
| | ) | |
| Plaintiff. | ) | JUDGE |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONWIDE APPRAISAL AND TITLE COMPANY OF OHIO, INC., | ) ) | **MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*** |
| | ) | |
| Defendant. | ) | |

Defendant Nationwide Appraisal and Title Company of Ohio, Inc. hereby moves that Thomas S. Kilbane and Steven A. Friedman be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below on the grounds that *pro hac vice* counsel has a long-standing representation of the client, Nationwide Appraisal and Title Company of Ohio, Inc., and this case is related to an action pending in the Cuyahoga County Court of Common Pleas between the parties.

DATED: March 17, 2005

By: [signature]

Thomas W. Lyons, III (#2946)
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, RI 02903
(401) 456-0700 (Phone)
(401) 421-4730 (Fax)

19

By: ______________________________

Thomas S. Kilbane
(Ohio Bar No. 0005938)
Steven A. Friedman
(Ohio Bar No. 0060001)
SQUIRE, SANDERS & DEMPSEY L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304
(216) 479-8500 (Phone)
(216) 479-8777 (Fax)

Attorneys for Defendant Nationwide
Appraisal and Title Company

**CERTIFICATE OF SERVICE**

A copy of the foregoing Motion for Entry of Appearance *Pro Hac Vice* was served by regular U.S. mail, postage prepaid, this 28th day of March, 2005 upon John B. Daukas, Counsel for Plaintiff, GOODWIN PROCTER LLP, Exchange Place, Boston, MA 02109.

One of the Attorneys for Defendant
Nationwide Appraisal and Title Company

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of Ohio and the following federal district court bar(s) Northern District of Ohio and Southern District of Ohio, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:
None.

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so my result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

FILED MAR 29 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Steven A. Friedman
Name

Squire, Sanders & Dempsey L.L.P.
Firm Name

4900 Key Tower
~~127 Public Square~~
Business Address
Cleveland, OH 44114-1304

(216) 479-8027 — Tel. #
(216) 479-8777 — Fax #

Thomas W. Lyons, III
Local Associate Counsel

2946
R.I. Bar ID #

~~Strauss, Factor, Laing &~~ Lyons
Firm Name

222 Richmond Street, Suite 208
Business Address
Providence, RI 02903

(401) 456-0709 — Tel. #
(401) 421-4730 — Fax #

**ORDER:** This motion is hereby Granted.

U.S. District Judge

Date: ____________