**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CITIZENS FINANCIAL GROUP, INC., Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-057 S |
| NATIONWIDE APPRAISAL AND TITLE COMPANY Defendant. | ) | |

**MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE***

Plaintiff Citizens Financial Group, Inc. hereby moves that **Brenda R. Sharton** be admitted *pro hac vice* in the above case as associate trial counsel with local associate counsel identified below on the following grounds:

- The case involves the following complex area of law, in which *pro hac vice* counsel specializes:

  ________________________________________

- Pro hac vice's counsel's long-standing representation of the client: Ms. Sharton is a partner with the law firm Goodwin Procter LLP, which has a long-standing relationship with plaintiff Citizens Financial Group, Inc. Ms. Sharton is also representing Citizens Financial Group, Inc. in another, related action currently pending in the United States District Court for the Northern District of Ohio.

- The local trial bar lacks knowledge in the field of:

  ________________________________________

- The case involves complex legal questions under the law of a foreign jurisdiction in which *pro hac vice* counsel is familiar, specifically:

  ________________________________________

- The case requires extensive discovery in a foreign jurisdiction convenient to *pro hac vice* counsel, as follows:

  ________________________________________

- It is a criminal case and *pro hac vice* counsel is defendant's counsel of choice. ________________________________________________

- Other: ____________________________________________

CITIZENS FINANCIAL GROUP, INC.,
By its Attorneys,

Robert M. Duffy, Esq. (#4428)
Christine M. Bush, Esq. (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701

Dated: July 1, 2005

**CERTIFICATE OF SERVICE**

TO:

Thomas W. Lyons, III, Esq.
Strauss, Factor, Laing & Lyons
22 Richmond Street, Suite 208
Providence, RI 02903

Thomas S. Kilbane
Steven A. Friedman
Squire, Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

I hereby certify that on this 1 day of July, 2005, I caused to by forwarded by First Class Mail a copy of the within Motion for Entry of Appearance *Pro Hac Vice* to the above-named counsel of record.

Theresa Berson

H:\Clients\CITIZENS\Nationwide\Pleadings\Motion Pro Hac Vice.DOC

1558612

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) District of Massachusetts; First Circuit; U.S. Tax Court; U.S. Supreme Court, and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time. (If applicant has been sanctioned or disciplined, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) During the past 24 months I have not appeared or applied to be admitted in any cases in this district. (If you have appeared or applied for pro hac vice admission, please provide the dates, case names and name of the judge who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of Local associate counsel.

| | |
|---|---|
| [signature] | Christine M. Bush |
| Name Brenda R. Sharton | Local Associate Counsel |
| | 5587 |
| | R.I. Bar ID # |
| Goodwin Procter LLP | Duffy Sweeney & Scott, Ltd |
| Firm Name | Firm Name |
| Exchange Place<br>53 State Street | One Turks Head Place, Suite 1200 |
| Business Address | Business Address |
| Boston, MA 02109 | Providence, RI 02903 |
| 617-570-1000 Tel. # / 617-523-1231 Fax # | 401-455-0700 Tel. # / 401-455-0701 Fax # |

---

**Order :** This motion is hereby ____________________.

________________________
U.S. District Judge
Date: __________________

pro hac vice motion (rev.3/05)