**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CITIZENS FINANCIAL GROUP, INC.,

Plaintiff,

v.

NATIONWIDE APPRAISAL AND TITLE COMPANY

Defendant.

Civil Action No. 05-057S

RECEIVED
AUG 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, the parties in the above-captioned action hereby stipulate to the dismissal of this action with prejudice, without the award of costs, attorneys' fees, or expenses to either party, and with each party waiving all rights of appeal.

NATIONWIDE APPRAISAL AND TITLE COMPANY

By its attorneys,

Thomas W. Lyons, III (RI Bar No. 2946)
STRAUSS, FACTOR, LAING & LYONS
222 Richmond Street, Suite 208
Providence, Rhode Island 02903
(401) 456-0700

OF COUNSEL:
Thomas S. Kilbane (admitted *pro hac vice*)
Steven A. Friedman (admitted *pro hac vice*)
SQUIRE, SANDERS & DEMPSEY, LLP
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114-1304
(216) 479-8500

CITIZENS FINANCIAL GROUP, INC.

By its attorneys,

Robert M. Duffy (RI Bar No. 4428)
Christine M. Bush (RI Bar No. 5587)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700

OF COUNSEL:
Brenda R. Sharton (admitted *pro hac vice*)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

DATED: August 24, 2005

H:\Clients\CITIZENS\Nationwide\Pleadings\Stipulation of Dismissal.DOC

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 8/30/05